Case 4:18-cv-02727   Document 13   Filed on 02/01/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 01, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kayla Shackelford, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2727 |
| | § | |
| Direct Energy, LP, | § | |
|     Defendant | § | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on January 31, 2019 (docket entry no. 12), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 1ˢᵗ day of February, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE